✓# 704926  #28890 *(handwritten at top)*

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED 2010 SEP 23 PM 3:35
CLERK, U.S. BANKRUPTCY COURT
TOLEDO, OHIO

IN RE:                            *        CASE # 05-30637 W
                                            CHAPTER 13
                                  *
Venia, James P & Nancy E
Debtor                            *

## TRANSMITTAL OF UNCLAIMED FUNDS

John P. Gustafson, Trustee of this estate, reports the following:

1. No response from the creditor – several attempts to contact them. Trustee issued stop payments and voided several disbursement checks.

2. The balance of funds for the creditor in the amount of **$341.58** are sufficient to pay the claim on the percentages the creditor would have received under the plan if the creditor had kept a current address on file with the clerk's office. This case is scheduled to close as "completed".

| Check # | Payee | Amount | Date Issued |
|---|---|---|---|
| 658468 | Wolphoff & Abramson LLP<br>2 Irving Centre<br>702 King Farm Blvd.<br>Rockville, MD  20850-5775 | 75.88 | 3/31/10 |
| 667841 | Wolphoff & Abramson LLP<br>Same as Above | 151.79 | 4/30/10 |
| 676632 | Wolphoff & Abramson LLP<br>Same as Above | 113.91 | 5/28/10 |

3. Your trustee's check # _704926_ in the amount of $ _341.58_ payable to the clerk of the United States Bankruptcy Court is attached to this report.

Date: 9/14/10

_____
John P. Gustafson
Trustee in Bankruptcy